**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BAYSIDE MEDICAL EQUIPMENT ENTERPRISES, LLC, <br>     Plaintiff, <br><br> v. <br><br> ARMSTRONG TRANSPORT GROUP, LLC f/k/a Armstrong Transport Group, Inc. and ROLANDO G. TANELEON d/b/a 4 A's Trucking, <br>     Defendants. | ) <br> ) <br> ) <br> ) No.   18-cv-03604 <br> ) Honorable Judge Andrea R. Wood <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION TO EXTEND DEADLINE FOR SUPPLEMENTING DISCLOSURES
PURSUANT TO THE MANDATORY INITIAL DISCOVERY PROGRAM**

NOW COMES the Defendant, ARMSTRONG TRANSPORT GROUP, LLC, by and through its attorneys, Lew R.C. Bricker and Sandra J. Cukierski of SmithAmundsen LLC, and respectfully requests that this Honorable Court extend the time for parties to supplement their disclosures pursuant to the Mandatory Initial Discovery Program ("MIDP"). In support of its Motion, Defendant states as follows:

    1.    On November 13, 2018, this Honorable Court entered a Minute Order [Doc. 31] which adopted the discovery schedule proposed in the parties' Joint Status Report and ordered that the parties may supplement their mandatory initial discovery responses by November 30, 2018.

    2.    The Court also referred the matter to Magistrate Judge Valdez for purposes of a settlement conference. [Doc. 31]

    3.    Magistrate Judge Valdez's Law Clerk reached out to the parties indicating "[i]n light of the damages at stake in the case and the fact that settlement conferences with Judge

1

Valdez are being scheduled in March 2019, we wanted to offer you the opportunity to have a conference instead on Tuesday, December 18, 2018, at 1:00 p.m. before visiting Magistrate Judge Andrew Rodovich from the Northern District of Indiana."

4. Both parties agreed and the settlement conference is currently scheduled for December 18, 2018. [Doc. 34]

5. Both parties have made initial disclosures pursuant to the MIDP and court order.

6. Plaintiff's counsel has requested additional information and documentation from Defendants in addition to those documents previously produced. Plaintiff's counsel has requested these documents as a supplement to Defendant's disclosures under the MIDP rather than as written discovery requests pursuant to Federal Rules of Civil Procedure 33 and 34.

7. Though Defendant believes Plaintiff's additional requests are better suited for formal discovery requests pursuant to Federal Rules of Civil Procedure 33 and/or 34, Defendant would prefer to move forward with December 18, 2018 settlement conference prior to incurring additional discovery costs, especially when considering the amount in controversy. The costs involved in responding to these requests are material when compared to the value of the case.

8. As such, Defendant requests that the deadline for supplementing responses pursuant to the MIDP be amended and extended to December 31, 2018 in order for the parties to fully explore settlement at the upcoming settlement conference prior to incurring additional discovery-related expenses.

9. Pursuant to Local Rule 37.2, on November 21, 2018, counsel for Defendant, Lew R.C. Bricker, telephoned counsel for Plaintiff, John M. Dore, to inquire whether he was in agreement with this request. Plaintiff's counsel (has no objection to this motion) (does not agree to this motion).

WHEREFORE, Defendant, ARMSTRONG TRANSPORT GROUP, LLC, respectfully requests that this Honorable Court enter an Order extending the deadline for supplemental disclosures pursuant to the Mandatory Initial Discovery Program from November 30, 2018 to and including December 31, 2018. Defendant prays for further and other relief as this Court deems proper and just.

                Respectfully Submitted:

                /s/ Sandra J. Cukierski
                Sandra J. Cukierski, ARDC #6286111
                Counsel for Defendant
                Armstrong Transport Group
                SmithAmundsen LLC
                150 N. Michigan Avenue, Suite 3300
                Chicago, IL 60601
                Telephone: (312) 894-3200
                Email: scukierski@salawus.com