# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Bayside Medical Equipment Enterprises LLC
                                                                  Plaintiff,

v.                                                                         Case No.: 1:18−cv−03604
                                                                                         Honorable Andrea R. Wood

Armsrong Transport Group LLC, et al.
                                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 26, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Defendant's Amended Unopposed Motion for extension of time to discovery [37] is granted. The parties may supplement their mandatory initial discovery responses by 12/31/2018. Defendant's Motion to strike document [39] is granted. Accordingly, Defendant's Motion for extension of time to complete discovery [35] is stricken. The motion presentment date of 11/28/2018 is stricken; parties need not appear. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.